IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

SOLOMON WARDELL SMITH, )
)
   Plaintiff, )
)
v. ) Civil Action No. 5:14-cv-00192-BO
)
CAROLYN W. COLVIN, Acting )
Commissioner of the Social )
Security Administration, )
)
   Defendant. )

## ORDER

And now this __18th__ day of __March__, 2015 it is hereby ordered that plaintiff's counsel, Karl E Osterhout, Esq., is permitted to attend the Oral Argument on March 27, 2015, via telephone and without Local Counsel.

                                              TERRENCE W. BOYLE
                                              UNITED STATES DISTRICT JUDGE