UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Solomon Wardell Smith, )
          Plaintiff, )
)
v. ) **JUDGMENT**
)
Carolyn W. Colvin, ) No. 5:14-CV-192-BO
*Acting Commissioner of Social Security*, )
          Defendant. )
)

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's motion for judgment on the pleadings [DE 24] is DENIED and defendant's motion for judgment on the pleadings [DE 26] is GRANTED. The decision of the Administrative Law Judge is AFFIRMED.

This case is closed.

**This judgment filed and entered on April 6, 2015, and served on:**

Cassia W. Parsons (via CM/ECF Notice of Electronic Filing)
Karl E. Osterhout (via CM/ECF Notice of Electronic Filing)
George C. Piemonte (via CM/ECF Notice of Electronic Filing)

JULIE RICHARDS JOHNSTON, CLERK

April 6, 2015

By: Deputy Clerk