UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SOLOMON WARDELL SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **AMENDED** |
| v. ) | **JUDGMENT** |
| ) | |
| CAROLYN W. COLVIN, *Acting Commissioner* ) | 5:14-CV-192-BO |
| *of Social Security* ) | |
| ) | |
| Defendant. ) | |
| ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** the plaintiff's motion to alter or amend [DE 35] is GRANTED. The Court's order of April 6, 2015 [DE 33] is hereby ALTERED to reflect that plaintiff's original motion [DE 24] is GRANTED for the reasons stated herein. The case is REMANDED to the Commissioner for consideration of whether or not plaintiff's intellectual deficits meet or equal the requirements of Listing 12.05.

This case is closed.

**This judgment filed and entered on July 24, 2015, and served on:**

Karl E. Osterhout (via CM/ECF Notice of Electronic Filing)
George C. Piemonte (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson (via CM/ECF Notice of Electronic Filing)

July 24, 2015

JULIE RICHARDS JOHNSTON, CLERK

/s/ Lindsay Romine
By: Deputy Clerk